No. 75–5408. GREEN *v.* UNITED STATES DEPARTMENT OF LABOR ET AL. Appeal from D. C. Mass. dismissed for want of jurisdiction.

No. 75–5573. GREEN *v.* DEPARTMENT OF PUBLIC WELFARE OF MASSACHUSETTS ET AL. Appeal from D. C. Mass. dismissed for want of jurisdiction.

No. 75–5481. WILLIS *v.* NORTH CAROLINA STATE BOARD OF LAW EXAMINERS. Appeal from Sup. Ct. N. C. dismissed for want of substantial federal question.